NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0543

STATE OF LOUISIANA

VERSUS

FRANK ALLEN, JR.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 260502
HONORABLE DONALD THADDEUS JOHNSON, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

Amy, J., concurs and assigns written reasons.

CONVICTION AFFIRMED; SENTENCE VACATED;
REMANDED FOR RESENTENCING.

James C. Downs
District Attorney - 9th JDC
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
Counsel for: Plaintiff/Appellee
    State of Louisiana

**T. Gerald Henderson**
**Assistant District Attorney**
**P. O. Box 1472**
**Alexandria, LA 71309**
**(318) 473-6650**
**Counsel for: Plaintiff/Appellee**
     **State of Louisiana**

**Peggy J. Sullivan**
**La Appellate Project**
**P. O. Box 2775**
**Monroe, LA 71207-2775**
**(318) 387-6124**
**Counsel for: Defendant/Appellant**
     **Frank Allen, Jr.**

**Frank Allen, Jr.**
**Pro-Se**
**7400 Academy Dr.**
**Alexandria, LA 71303**
**Counsel for: Defendant/Appellant**
     **Frank Allen, Jr.**